# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MISTY PITTMAN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **CIVIL ACTION** |
| **v.** | ) |
| | )    **No. 04-2529-CM** |
| **SCOTT E. DAVIS, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ORDER

Plaintiff filed a complaint on October 27, 2004 against Scott E. Davis, Andrea Davis and Ezekiel J. Hernandez. On March 2, 2005, Magistrate Judge David J. Waxse ordered plaintiff to show cause on or before March 18, 2005 why the case should not be dismissed for failure to serve defendants pursuant to Fed. R. Civ. P. 4(m). On March 18, 2005, plaintiff's counsel responded, stating in relevant part:

> [C]ounsel for Plaintiff has been unable to locate and serve Defendants. An investigator was hired to locate such Defendants without success. Further, counsel for Plaintiff states that he has been unable to make contact with Plaintiff Misty Pittman since the filing of this action. Efforts have been made to locate Ms. Pittman who has left the area with no forwarding address.

(Resp. to Order to Show Cause at 1).

Thus, because plaintiff has failed to show cause for her failure to serve defendants, the case is dismissed.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice.

Dated this 9th day of June 2005, at Kansas City, Kansas.

                                                      **s/ Carlos Murguia**

**CARLOS MURGUIA**
**United States District Judge**

-2-